UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS HORTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 3:22-cv-02474-B-BT |
| ADVANTAGE ONE BROKERS CORP., | § | |
| | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court has entered its Order Accepting the Findings, Conclusion, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff Lucas Horton's Motion for Default Judgment (ECF No. 12) is **DENIED**.

**SO ORDERED,** this 26th day of June, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1