UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS HORTON, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ADVANTAGE ONE BROKERS § <br> CORP., § <br> § <br> Defendant. § | Case No. 3:22-cv-02474-B-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated June 5, 2023. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendations to which objections were made. The objections are overruled.

**SO ORDERED,** this 26th day of June, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1