UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS HORTON, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 3:22-cv-02474-B-BT |
| ADVANTAGE ONE BROKERS CORP., | | |
| Defendant. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated January 4, 2024. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendations to which objections were made. The objections are overruled.

**SO ORDERED,** this 22nd day of January, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1